UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARVIN W. AMBLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-553-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 26]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 20], DENIES defendant's motion for judgment on the pleadings [D.E. 23], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on February 12, 2020, and Copies To:**

| | |
|---|---|
| Marvin W. Ambler | (Sent to 5689 Bauer St. Hope Mills, NC 28348 via US Mail) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:
February 12, 2020

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk